UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES "JAMIL" GARRETT, T47531,<br><br>    Plaintiff,<br><br>    v.<br><br>J. GASTELO, Warden, et al.,<br><br>    Defendants. | Case No. 16-7357 SK (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff, a prisoner at the California Men's Colony (CMC) in San Luis Obispo, has filed a pro se complaint under 42 U.S.C. § 1983 alleging inadequate medical care. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in San Luis Obispo County, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c) (2). Venue therefore properly lies in the Central District, Western Division. See id. § 1391(b).

    Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

    The clerk shall transfer this matter forthwith.

    **IT IS SO ORDERED.**

Dated: December 29, 2016

    _____
    SALLIE KIM
    United States Magistrate Judge