O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JAMIL GARRETT,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. JOHANNES HAAR,<br><br>    Defendant. | Case No. CV 16-9668-CAS (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the First Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the R. & R. have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Plaintiff's FAC is denied without leave to amend and Judgment be entered dismissing this action with prejudice.

DATED: November 20, 2017

                                            CHRISTINA A. SNYDER
                                            U.S. DISTRICT JUDGE