JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JAMIL GARRETT,      ) | Case No. CV 16-9668-CAS (JPR) |
|                 ) | |
|         Plaintiff,  ) | |
|                 ) | **J U D G M E N T** |
|      v.          ) | |
|                 ) | |
| DR. JOHANNES HAAR,      ) | |
|                 ) | |
|         Defendant.  ) | |
|                 ) | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS ADJUDGED that this action is dismissed.


DATED: November 20, 2017

*Christine A. Snyder*

CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE